## EXHIBIT A

Vasquez is third from the left wearing red bottoms and a black t-shirt.  Rivera is to the right of Vasquez wearing a white tank top and grey Burberry shorts.  Lopez is third from the right wearing a baseball hat, white t-shirt and Burberry bottoms.  Agosto is to the right of Lopez wearing Burberry bottoms and no shirt.



**EXHIBIT B**





**EXHIBIT C**

Vasquez's Rolls Royce Ghost
(grey as purchased)



## EXHIBIT D

Porsche Cayenne Purchased by Vasquez for His Mother



**EXHIBIT E**

Vasquez's Mercedes CLS63 AMG



## **EXHIBIT F**

Lopez's Lamborghini Hurácan



## EXHIBIT G

Lopez's Lamborghini beside Vasquez's Rolls Royce
(photograph taken earlier today at storage garage where vehicles were kept)



## EXHIBIT H

Vasquez's Mercedes CLS63 AMG
(photograph taken earlier today near Vasquez's residence)





## EXHIBIT I

Vasquez's Audi R8 Spyder
(photograph taken earlier today near Vasquez's residence)





**EXHIBIT J**






clari_bangsz

clari_bangsz I am extremely excited with my baby's stroller !! I couldn't have asked for a better ride for PrincePeter 😊 #ExclusiveShitOnly #LilVersacePete #SpoiledOutTheWomb #ThankYouLord

prettybetseyyy 😩😩😩😩😩😩😩😩😩😩😩 😍😍😍

mommy_sofly_2014 Luv it 😍 @clari_bangsz and u look lovely preggo mama

mrsdnt_care 🔥🔥🔥

_blondii3_ 😍😍😍😍

mommy_sofly_2014 @clari_bangsz sent you a dm mama ! Need your number again! Hope all is well beautiful friend ❤

ringo_star_83 That's fire

126 likes
JULY 16, 2016

Log in to like or comment.



clari_bangsz

clari_bangsz Today is my baby's 5th grade graduation & I am extremely proud and excited. God totally looked out when he blessed me with such a wonderful son. Congratulations baby !!!!

mr.lescano 👏👏👏

livin_life_loso_ 🙌🙌🙌🙌🙌

_787_lou_ Ok papa

yrina2889 God bless him and congrats 🎓

deyrami Congratulations 😊😊👏

marceylagopromo Look at my baby ! That man clean ! congratulations do dat !!

mr_gleme 😩😩😩😩😩

vasquezfamily Parece que se graduó de high school! That kid got some good genes... congrats to the nephew.

mzamazingvee Congratulations !!! 🎓👟😍

1,063 views
JUNE 23

Log in to like or comment.

# EXHIBIT K






**clari_bangsz**

**clari_bangsz** Christmas is about giving and my family deserves the best !! Hope ya love it. #APForMyHubby #CubanForMyBro #YellowGoldEaringaForMom #WhiteGoldForLilSis

**mr_gleme** That watch 💧💧

**prettybetseyyy** 😮😮

**mr.lescano** 🐰

**_hova** Coño clari.. U hiring

**clari_bangsz** Thanks guys @gleme_ @mr.lescano & @_hova 😊😊😊😊😊

**labellakesia** 😮😮😮😮

90 likes
DECEMBER 25, 2015

Log in to like or comment.

**EXHIBIT L**







**EXHIBIT M**






**EXHIBIT N**



**EXHIBIT O**



**EXHIBIT P**





## EXHIBIT Q

Agosto on the right.




**EXHIBIT R**

Agosto on the right.

